United States District Court
Southern District of Texas
**ENTERED**
April 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAPHAEL M. PROVINO, § <br> "Plaintiff," § <br> § <br> v. § <br> § <br> CHRISTOPHER WRAY, et al., § <br> "Defendants." § | Civil Action No. 1:23-cv-00149 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 59). The R&R recommends that this Court dismiss with prejudice Plaintiff's claims against all parties for frivolousness and failure to state a claim upon which relief may be granted. Furthermore, the R&R recommends that Plaintiff face future monetary sanctions as a vexatious litigant and that Plaintiff must obtain leave of Court before filing any other complaints within this district.

Upon review of Plaintiff's recent "Notice" (Dkt. No. 64),[1] this Court finds no objection to the R&R (Dkt. No. 59).[2] If no party objects to the magistrate's ruling, the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 59) is **ADOPTED.**

Plaintiff's claims against all parties are **DISMISSED WITH PREJUDICE.** The Clerk of the Court is **ORDERED** to close this case.

Signed on this 10th day of April, 2024.

Rolando Olvera
United States District Judge

---

[1] The Court has also received Plaintiff's similar notices. Dkt. Nos. 61 & 62.
[2] Plaintiff received and read the R&R as, in his Notice, he attached the first page of the R&R.